UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANFERNEE ALLEN KYLES,

    Defendant.

_____/

Hon. Robert J. Jonker

Case No. 1:25-cr-00024

## **ORDER OF DETENTION**

This matter is before the Court on the government's motion for pretrial detention. Defendant has been charged by way of Indictment. The Indictment charges him with being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1).

The government sought defendant's detention on the basis the he is a danger to the community, 18 U.S.C. § 1342(f)(1). The Court conducted a hearing on April 30, 2025, at which defendant was represented by counsel.

Having considered the evidence presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that the government has met its burden of proving by clear and convincing evidence that defendant poses a danger to the community. The Court further finds, as explained on the record, that there is no condition or combination of conditions that will ensure the safety of the community Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

**DONE AND ORDERED** on April 30, 2025.

Date April 30, 2025                                          /s/ Phillip J. Green
                                                             PHILLIP J. GREEN
                                                             United States Magistrate Judge